# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:13−cv−01926−GMS

TLI Communications LLC v. Imgur LLC  
Assigned to: Judge Gregory M. Sleet  
Related Cases: 1:13−cv−01924−GMS  
                   1:13−cv−01922−GMS  
                   1:13−cv−01921−GMS  
                   1:13−cv−01925−GMS  
                   1:13−cv−01923−GMS  
                   1:13−cv−01927−GMS  
                   1:13−cv−01928−GMS  
                   1:13−cv−01929−GMS  
                   1:13−cv−01930−GMS  
                   1:13−cv−01931−GMS  
                   1:13−cv−01932−GMS  
                   1:13−cv−01933−GMS  
                   1:13−cv−01934−GMS  
                   1:13−cv−01935−GMS  
                   1:13−cv−01936−GMS  

Date Filed: 11/18/2013  
Date Terminated: 06/25/2014  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

Cause: 35:271 Patent Infringement

**Plaintiff**

**TLI Communications LLC**        represented by    **Brian E. Farnan**  
Farnan LLP  
919 North Market Street  
12th Floor  
Wilmington, DE 19801  
(302) 777−0300  
Fax: (302) 777−0301  
Email: bfarnan@farnanlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**  
Farnan LLP  
919 North Market Street  
12th Floor  
Wilmington, DE 19801  
302−777−0338  
Fax: 302−421−5870  
Email: mfarnan@farnanlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Imgur LLC** | represented by | **Jack B. Blumenfeld** |
| | | Morris, Nichols, Arsht &Tunnell LLP |
| | | 1201 North Market Street |
| | | P.O. Box 1347 |
| | | Wilmington, DE 19899 |
| | | (302) 658−9200 |
| | | Email: jbbefiling@mnat.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2013 | Ï 1 | COMPLAINT FOR PATENT INFRINGEMENT filed with Jury Demand against Imgur LLC – Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311−1409717.) – filed by TLI Communications LLC. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(cla, ) (Entered: 11/19/2013) |
| 11/18/2013 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (cla, ) (Entered: 11/19/2013) |
| 11/18/2013 | Ï 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 6,038,295;. (cla, ) (Entered: 11/19/2013) |
| 11/19/2013 | Ï | Summons Issued with Magistrate Consent Notice attached as to Imgur LLC on 11/19/2013. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302−573−6170 and ask the Clerk to mail the summons to them. (cla, ) (Entered: 11/19/2013) |
| 11/19/2013 | Ï 4 | Disclosure Statement pursuant to Rule 7.1 filed by TLI Communications LLC. (Farnan, Brian) (Entered: 11/19/2013) |
| 11/20/2013 | Ï | Case Assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. Associated Cases: 1:13−cv−01921−GMS through 1:13−cv−01936−GMS (rjb) (Entered: 11/20/2013) |
| 12/26/2013 | Ï 5 | STIPULATION TO EXTEND TIME for the defendant to move, answer, or otherwise respond to the Complaint to January 17, 2014 – filed by Imgur LLC, TLI Communications LLC. (Blumenfeld, Jack) (Entered: 12/26/2013) |
| 12/27/2013 | Ï | SO ORDERED, re 5 STIPULATION TO EXTEND TIME for the defendant to move, answer, or otherwise respond to the Complaint to January 17, 2014 filed by TLI Communications LLC, Imgur LLC. Set/Reset Answer Deadlines: Imgur LLC answer due 1/17/2014. Ordered by Chief Judge Gregory M. Sleet on 12/27/13. (mmm) (Entered: 12/27/2013) |
| 01/17/2014 | Ï 6 | MOTION for Joinder *in Motion to Dismiss* – filed by Yelp Inc., Twitter Inc., Vine Labs Inc., Snapchat Inc., Tripadvisor Inc., Tripadvisor LLC, Imgur LLC, Tumblr Inc., Yahoo! Inc., CityGrid Media LLC, IAC/InterActiveCorp, Vimeo LLC, Shutterfly Inc., Dropbox Inc., Pinterest Inc., WHI Inc.. (Blumenfeld, Jack) (Entered: 01/17/2014) |
| 01/17/2014 | Ï 7 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Imgur LLC. (Blumenfeld, Jack) (Entered: 01/17/2014) |
| 01/31/2014 | Ï 8 | STIPULATION TO EXTEND TIME to EXTEND the deadline for Plaintiff to submit its response to Defendants' Motion to Dismiss and for Defendants' to submit their replies in support of the Motion to 2/10/2014 and 2/27/2014 respectively – filed by TLI Communications LLC. (Farnan, Michael) (Entered: 01/31/2014) |

| | | |
|---|---|---|
| 02/07/2014 | Ï | SO ORDERED, re (10 in 1:13–cv–01923–GMS, 10 in 1:13–cv–01935–GMS, 11 in 1:13–cv–01921–GMS, 9 in 1:13–cv–01936–GMS, 11 in 1:13–cv–01924–GMS, 9 in 1:13–cv–01922–GMS, 11 in 1:13–cv–01927–GMS, 10 in 1:13–cv–01931–GMS, 9 in 1:13–cv–01932–GMS, 9 in 1:13–cv–01934–GMS, 10 in 1:13–cv–01933–GMS, 10 in 1:13–cv–01930–GMS, 9 in 1:13–cv–01929–GMS, 9 in 1:13–cv–01928–GMS, 8 in 1:13–cv–01926–GMS, 11 in 1:13–cv–01925–GMS) STIPULATION TO EXTEND TIME to EXTEND the deadline for Plaintiff to submit its response to Defendants' Motion to Dismiss and for Defendants' to submit their replies in support of the Motion to 2/10/2014 and 2/27/2014 respectively filed by TLI Communications LLC, Reset Briefing Schedule: re(7 in 1:13–cv–01922–GMS, 7 in 1:13–cv–01935–GMS, 6 in 1:13–cv–01926–GMS, 7 in 1:13–cv–01934–GMS, 7 in 1:13–cv–01928–GMS, 7 in 1:13–cv–01929–GMS, 8 in 1:13–cv–01931–GMS, 7 in 1:13–cv–01925–GMS, 7 in 1:13–cv–01932–GMS, 7 in 1:13–cv–01936–GMS, 7 in 1:13–cv–01933–GMS) MOTION for Joinder *in Motion to Dismiss*, (7 in 1:13–cv–01924–GMS) MOTION to Dismiss for Failure to State a Claim , (9 in 1:13–cv–01921–GMS) MOTION to Join in Google Inc.'s Motion to Dismiss , (9 in 1:13–cv–01927–GMS) MOTION for Joinder *In Google Inc.'s Motion to Dismiss*, (8 in 1:13–cv–01930–GMS) MOTION for Joinder *in Motion to Dismiss for Failure to State a Claim*, (9 in 1:13–cv–01923–GMS) MOTION for Joinder –– *Defendants Facebook Inc., Instagram, Inc., and Instagram, LLC's Notice of Joinder in Google Inc.'s Motion to Dismiss*. (Answering Brief due 2/10/2014., Reply Brief due 2/27/2014.). Ordered by Chief Judge Gregory M. Sleet on 2/7/2014. Associated Cases: 1:13–cv–01921–GMS et al.(asw) (Entered: 02/10/2014) |
| 02/10/2014 | Ï 9 | First AMENDED COMPLAINT against Imgur LLC– filed by TLI Communications LLC. (Attachments: #1 Exhibit A)(Farnan, Brian) (Entered: 02/10/2014) |
| 02/27/2014 | Ï 10 | MOTION to Dismiss for Failure to State a Claim – filed by Imgur LLC. (Tennyson, Eleanor) (Entered: 02/27/2014) |
| 02/27/2014 | Ï 11 | OPENING BRIEF in Support re 10 MOTION to Dismiss for Failure to State a Claim filed by Imgur LLC.Answering Brief/Response due date per Local Rules is 3/17/2014. (Attachments: #1 Exhibit A)(Tennyson, Eleanor) (Entered: 02/27/2014) |
| 03/04/2014 | Ï 12 | MOTION for Pro Hac Vice Appearance of Attorney Mark S. Raskin and Robert A. Whitman – filed by TLI Communications LLC. (Farnan, Brian) (Entered: 03/04/2014) |
| 03/17/2014 | Ï 13 | ANSWERING BRIEF in Opposition re 10 MOTION to Dismiss for Failure to State a Claim filed by TLI Communications LLC.Reply Brief due date per Local Rules is 3/27/2014. (Farnan, Brian) (Entered: 03/17/2014) |
| 03/27/2014 | Ï 14 | REPLY BRIEF re 10 MOTION to Dismiss for Failure to State a Claim filed by Imgur LLC. (Tennyson, Eleanor) (Entered: 03/27/2014) |
| 05/22/2014 | Ï | SO ORDERED, re 12 MOTION for Pro Hac Vice Appearance of Attorney Mark S. Raskin and Robert A. Whitman filed by TLI Communications LLC. Ordered by Chief Judge Gregory M. Sleet on 5/22/2014. (asw) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 15 | MOTION to Transfer Case to Northern District of California – filed by Imgur LLC. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 16 | OPENING BRIEF in Support re 15 MOTION to Transfer Case to Northern District of California filed by Imgur LLC.Answering Brief/Response due date per Local Rules is 6/13/2014. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 17 | DECLARATION re 16 Opening Brief in Support, 15 MOTION to Transfer Case to Northern District of California –– *Declaration of Zac Cox* –– by Imgur LLC. (Attachments: #1 Exhibits A–Q Part 1, #2 Exhibits A–Q Part 2, #3 Exhibits A–Q Part 3, #4 Exhibits A–Q Part 4)(Blumenfeld, Jack) (Entered: 05/27/2014) |

| | | |
|---|---|---|
| 05/27/2014 | Ï 18 | DECLARATION re 16 Opening Brief in Support, 15 MOTION to Transfer Case to Northern District of California –– *Declaration of Cory Louie* –– by Imgur LLC. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 19 | DECLARATION re 16 Opening Brief in Support, 15 MOTION to Transfer Case to Northern District of California –– *Declaration of Matt Strader* by Imgur LLC. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 20 | DECLARATION re 16 Opening Brief in Support, 15 MOTION to Transfer Case to Northern District of California –– *Declaration of Matt Pullam* –– by Imgur LLC. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 21 | DECLARATION re 16 Opening Brief in Support, 15 MOTION to Transfer Case to Northern District of California –– *Declaration of Steve Leech* by Imgur LLC. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 22 | DECLARATION re 16 Opening Brief in Support, 15 MOTION to Transfer Case to Northern District of California –– *Declaration of Christopher MacAskill* by Imgur LLC. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 23 | DECLARATION re 16 Opening Brief in Support, 15 MOTION to Transfer Case to Northern District of California –– *Declaration of Micah Schaffer* by Imgur LLC. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 24 | DECLARATION re 16 Opening Brief in Support, 15 MOTION to Transfer Case to Northern District of California –– *Declaration of Sanjay Vakil* by Imgur LLC. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 25 | DECLARATION re 16 Opening Brief in Support, 15 MOTION to Transfer Case to Northern District of California –– *Declaration of Keela Robinson* by Imgur LLC. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 26 | DECLARATION re 16 Opening Brief in Support, 15 MOTION to Transfer Case to Northern District of California –– *Declaration of Michael A. Cheah* by Imgur LLC. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 27 | DECLARATION re 16 Opening Brief in Support, 15 MOTION to Transfer Case to Northern District of California –– *Declaration of Ranah Edelin* by Imgur LLC. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 28 | DECLARATION re 16 Opening Brief in Support, 15 MOTION to Transfer Case to Northern District of California –– *Declaration of Eric Singley* –– by Imgur LLC. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 06/13/2014 | Ï 29 | STIPULATION TO EXTEND TIME for Plaintiff to file Its Opposition to Defendants' Motion to Transfer to 6/27/2014 – filed by TLI Communications LLC. (Farnan, Brian) (Entered: 06/13/2014) |
| 06/25/2014 | Ï 30 | TRANSFER ORDER (certified copy) from the U.S. District Court of the Eastern District of Virginia. Signed by John Heyburn II, Chairman of the Panel on Multidistrict Litigation on 6/25/2014. Associated Cases: 1:13–cv–01922–GMS et al.(asw) (Entered: 06/25/2014) |
| 06/25/2014 | Ï | Case transferred electronically to the U.S. District Court for the Eastern District of Virginia. Associated Cases: 1:13–cv–01922–GMS et al.(asw) (Entered: 06/25/2014) |